UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BASHIR ALI K.,

Petitioner,

v.

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security, in her official capacity*; PAMELA BONDI, *Attorney General of the United States, in her official capacity*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement, in his official capacity*; PETER BERG, *Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity*; and ERIC TOLLEFSON, *Kandiyohi County Sheriff, in his official capacity*,

Respondents.

Case No. 26-cv-276 (LMP/DTS)

**ORDER**

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Bashir Ali K.'s Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before Wednesday, January 21, 2026, certifying the true cause and proper duration of Bashir Ali K.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

  a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Bashir Ali K.'s detention in light of the issues raised in his Petition;

  b. A reasoned memorandum of law and fact explaining Respondents' legal position on Bashir Ali K.'s claims; and

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Bashir Ali K. intends to file a reply to Respondents' answer, he must do so on or before Wednesday, January 28, 2026;

4. No further submissions from the parties will be permitted except as authorized by Court order;

5. Respondents are **ORDERED** to provide notice to Bashir Ali K. and this Court of its intention to move Bashir Ali K. outside this District no less than 72 hours before any such movement is to be effected; and

6. Respondents are **ORDERED** not to remove Bashir Ali K. from the United States during the pendency of these proceedings.

Dated: January 14, 2026  
Time: 2:10 p.m.

          *s/ Laura M. Provinzino*  
          Laura M. Provinzino  
          United States District Judge