# UNITED STATES DISTRICT COURT
## District of Minnesota

Bashir Ali Kulmie,

Petitioner,

v.

Kristi Noem, Pamela Bondi, Todd M. Lyons, Peter Berg, Eric Tollefson,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-276 LMP/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Government's Motion for an Extension of Time (ECF No. 5) is **DENIED** as moot;

2. Bashir Ali K.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

3. The Government is **ORDERED** to release Bashir Ali K. from custody by no later than 5:00 p.m. CST on January 23, 2026, subject to and in accordance with the conditions in his preexisting Order of Supervision; and

4. No later than 10:00 a.m. CST on January 26, 2026, the Government is **ORDERED** to provide a status update affirming that Bashir Ali K. was released from custody in accordance with this Order.

Date: 1/22/2026

KATE M. FOGARTY, CLERK